IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 5:17-CR-67 (LJA)CHW |
| | : | |
| MANUAL MARTINEZ-RAMIREZ, | : | VIOLATION: 8 U.S.C. § 1326(a) |
| Defendant | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## (ILLEGAL REENTRY)

On or about October 2, 2017, in the Macon Division of the Middle District of Georgia, the defendant,

**MANUAL MARTINEZ-RAMIREZ,**

an alien after having been deported and removed from the United States on or about April 4, 2011, and who had not received the consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to re-apply for admission, was found in the United States in Butts County, Georgia being willfully in the United States unlawfully; all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

_____
MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __12__ day of December, 2017.

_____
Deputy Clerk